GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH B. HOUSTON
Assistant U.S. Attorney
Arizona State Bar No. 026691
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.houston@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Jose Angel Ramirez-Bonilla,<br><br>Defendant. | CR 23-00160-TUC-RCC (MSA)<br><br>**GOVERNMENT'S SENTENCING MEMORANDUM** |

The United States of America, through its attorneys, respectfully submits its sentencing memorandum in the above-captioned matter. The sentencing hearing is currently scheduled for January 23, 2024.

**Presentence Report Calculations**

The presentence report (PSR) identifies a total offense level of 23 and a criminal history category III for the defendant resulting in a sentencing guideline range of 57 to 71 months. The government agrees with these calculations. Under the plea agreement, the defendant's sentence cannot exceed the bottom of the applicable guideline range.

**Sentencing Factors**

Title 18 U.S.C. § 3553(a) states that when imposing a sentence, a court shall consider "the nature and circumstances of the offense and the history and characteristics of

the defendant." The sentence imposed shall reflect the seriousness of the offense, provide just punishment, afford adequate deterrence to further criminal conduct, and protect the public from further crimes of the defendant. 18 U.S.C. §3553(a)(2). The sentence shall also consider "the need to avoid unwarranted sentence disparities among defendants with similar records, who have been found guilty of similar conduct." 18 U.S.C. §3553(a)(6).

Here, the defendant was engaged in a wide range of criminal activity. The defendant, who is prohibited from possessing a firearm because he has been convicted of four felonies, agreed to deliver a stolen firearm to an alien smuggler while driving a stolen vehicle. Defendant also planned to transport aliens in exchange for money after he delivered the stolen firearm and ammunition to the alien smuggler. In addition to driving a stolen vehicle, defendant also admitted to using methamphetamine and cocaine that same day. While the stolen car, stolen gun, and alien smuggling are all criminal acts on their own, defendant's decision to actively facilitate and participate in firearms smuggling presents a unique risk to border communities.

The United States Government Accountability Office produced a February 2021 report analyzing firearms trafficking into Mexico and efforts to disrupt it. "U.S. Efforts to Disrupt Gun Smuggling into Mexico Would Benefit from Additional Data and Analysis" https://www.gao.gov/assets/gao-21-322.pdf, *accessed 1/16/2024*. The report discusses the United States' national security and foreign security interests at stake and the connection between firearms smuggling and drug trafficking:

> Trafficking of U.S.-sourced firearms to Mexico is a U.S. national security threat, in part because it facilitates the illegal drug trade. A 2017 executive order noted that TCOs [transnational criminal organizations], including drug cartels, threaten the safety of the United States and its citizens.
>
> * * *
>
> In Mexico, weapons smuggled from the United States often end up in the hands of TCOs or other criminals, where they can be used against law enforcement officers and civilians, according to the *2020 Southwest Border Counternarcotics Strategy*. According to a 2010 report by DOJ's Inspector General, drug traffickers in Mexico turned to the United States as a primary source of weapons in part because Mexican law severely restricts gun

> ownership.
>
> * * *
>
> According to the *Southwest Border Counternarcotics Strategy*, Mexico continues to experience high rates of crime and violence due to the intense competition among TCOs to dominate lucrative smuggling corridors. Many of the TCOs that traffic drugs into the United States are also involved in the southbound flow of illicit drug proceeds and illegal weapons across the U.S. border. Throughout the United States, TCOs and subsidiary organizations, including drug cartels, derive revenue through widespread illegal conduct. Such conduct includes acts of violence and abuse that threaten the safety of U.S. citizens and show a wanton disregard for human life, according to the 2017 executive order.
>
> TCOs use firearms, ammunition, and explosives to protect their trafficking routes, drug processing locations, geographic drug trafficking areas, and illicit profits.

*Id.*at pp. 3-4 (internal citations omitted).

In January 2022, the *Nogales International* reported on the surge of southbound firearm seizures and their impact on Mexico:

> A report from the U.S. Bureau of Alcohol, Tobacco and Firearms found that 70 percent of guns recovered in Mexico between 2014 and 2018 came from the United States. Even ATF acknowledges the number could be higher; the Mexican government's [lawsuit against U.S. firearms manufacturers] alleges it could be as high as 90 percent."

"Southbound Gun Seizures Surge at Local Ports" https://www.nogalesinternational.com/news/southbound-gun-seizures-surge-at-local-ports/article_922ce7c0-804d-11ec-9ad1-37d3f6cf865b.html, *accessed 1/16/2024*.

As of July 2023, southbound firearm seizures in fiscal year 2023 had significantly outpaced seizures in the previous fiscal year. https://cl.usembassy.gov/joint-statement-u-s-mexico-high-level-security-dialogue-2023/, *last accessed 1/16/2024*. Both the United States and Mexico have explained: "Our countries understand the imperative to disrupt transnational criminal organizations which traffic arm and illicit drugs or smuggle humans, profiting from the desperation of people driven from their homes by crime, violence, and instability." "Joint Statement: U.S.-Mexico High Level Security Dialogue 2023", https://www.state.gov/joint-statement-u-s-mexico-high-level-security-dialogue-2023, *last*

*accessed 1/16/24*.

The Defendant's offense of firearm and ammunition smuggling fuels violence on both sides of the border. As a citizen of Mexico who has lived in the United States as a legal permanent resident, he should understand firsthand about the carnage caused by drug cartels using illegal firearms in Mexico. Because of the defendant's actions, he created a risk to the United States' security interests and the safety of citizens of Mexico. Even if no serious harm ultimately occurred, the risk of harm was nonetheless substantial. Given the seriousness of the offense and the other criminal activity defendant engaged in, a sentence of imprisonment is necessary to protect the public.

**Recommendation**

The United States agrees with the reasoning and recommendation in the PSR and respectfully requests that the Court impose a sentence of 57 months. Such a sentence would be consistent with § 3553(a) factors. It would reflect the seriousness of the offense, promote respect for the law, and deter the defendant from committing further crimes.

Respectfully submitted this 16th day of January, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Sarah B. Houston*

SARAH B. HOUSTON
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 16th day of January, 2024, to:

All ECF Participants